ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

UNITED STATES OF AMERICA        :

       v.                              :     21 Mag. 3833

SHAWN PIERRE HOBBS,             :

             Defendant.          :
------------------------------------------------------- x

       Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Jane Kim:

       It is found that Complaint No. 21 Mag. 3833 (the "Complaint") in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have the Complaint unsealed, it is therefore,

       ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       April 12, 2021

                                                                          HONORABLE ONA T. WANG
                                                                          UNITED STATES MAGISTRATE JUDGE
                                                                              SOUTHERN DISTRICT OF NEW YORK