UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Shawn Hobbs

                              Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -MAG-3833 ) ( )

Defendant __Shawn Hobbs__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

__X__ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
## Shawn Hobbs
Print Defendant's Name

*B. Villalona*
_____
Defendant's Counsel's Signature

## Bernarda Villalona
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/3/2021
_____
Date

_Kathy H Par_
_____
U.S. District Judge/U.S. Magistrate Judge